## AF Holdings LLC vs Erik Diep

IN THE UNITED STATES DISTRICT COURT for the Eastern District of Michigan. AF HOLDINGS LLC, Plaintiff, vs. ERIK DIEP, Defendant. Case No. 2:12-CV-14459-DPH-RSW. Honorable Judge Denise Page Hood.

**PUBLICATION NOTICE**

Notice is hereby given to you, ERIK DIEP, defendant in the above entitled suit, that the said suit has been commenced in the United States District Court for the Eastern District of Michigan, in the City of Detroit, Michigan, by the said plaintiff against you praying for judgment against you for actual damages or statutory damages pursuant to 17 U.S.C. § 504, at the election of Plaintiff, in an amount to be ascertained at trial; and for judgment against you, awarding Plaintiff declaratory and injunctive or other relief as may be just and warranted, and for other relief; that summons was duly issued out of said Court against you as provided by law, and that the said suit is now pending.

Honorable Denise Page Hood GRANTED Plaintiff AF Holdings LLC's Motion for Service by Special Order of the Court.

Now, therefore, unless you, the said defendant, file your answer to the complaint in the said suit or otherwise make your appearance therein, in the District Court of the United States for the Eastern District of Michigan, 231 West Lafayette Boulevard, in the City of Detroit, Michigan, on or before March 20, 2013, default may be entered against you at any time after that day and a decree entered in accordance with the prayer of said complaint.
(02-06)(02-20)

## AFFIDAVIT OF PUBLICATION

(Affidavit of Publisher)

STATE OF MICHIGAN,
ss. GENESEE
COUNTY OF

**FILED**

**FEB 2 2 2013**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

The undersigned, an employee of the publisher of Flint-Genesee County Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Flint-Genesee County Legal News a newspaper circulated in Genesee County on February 6, February 13, February 20, 2013 A.D.

_____
Kim M. Menapace

Subscribed and sworn before me on this 20th day of February 2013 A.D.

_____
Sharon K. Munsey

Notary Public Genesee County, Michigan. My commission expires: June 12, 2017 Acting in Genesee County, Michigan.

| | |
|---|---|
| Attorney: | Wayne County Clerk's Office - ANR |
| AttorneyFile#: | 2:12-CV-1 |
| Notice#: | 1122831 |

2:12-CV-1

**THE FLINT-GENESEE COUNTY LEGAL NEWS**
111 WEST YOUNG STREET
CLIO, MICHIGAN 48420

METROPLEX MI 480
21 FEB 2013 PM 6 L

RECEIVED
FEB 22 2013
CLERK'S OFFICE
DETROIT

United States District Court for the Eastern
District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

Equality
FOREVER